UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CHAPMAN

v.                                                                                  CASE NO. 3:03CV 316 (JCH)

EXPERIAN INFORMATION SERVICES, INC.
CHASE MANHATTAN BANK USA, N.A.                          October 28, 2003

PLAINTIFF'S UNOPPOSED MOTION TO COMPEL DISCOVERY: CHASE

    Pursuant to Fed. R. Civ. P. 37(a), 33(b), 34(b) and 6(b)(2), Plaintiff moves to compel defendant CHASE to respond to Production 29, which sought certain credit material as to John Solberg, the person whose bankruptcy was reported as belonging to plaintiff. Believing itself to be a consumer reporting agency, Chase refused to provide the material without a court order. By letter of September 24, 2003, Chase advised, "Chase will not oppose a motion for an order compelling this disclosure."

                                                        THE PLAINTIFF

ORAL ARGUMENT IS
NOT REQUESTED

                                       BY_____
                                       JOANNE S. FAULKNER  ct04137
                                           123 Avon Street
                                       New Haven, CT 06511
                                         (203) 772-0395
                                         j.faulkner@snet.net