UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

JOHN J. CHAPMAN

2003 OCT 30 P 12: 23

v.

US DISTRICT COURT
CASE NO. 3:03CV 316 (JCH)

EXPERIAN INFORMATION SERVICES, INC.
CHASE MANHATTAN BANK USA, N.A.                    October 28, 2003

## PLAINTIFF'S MOTION FOR DISCOVERY ORDERS: CHASE

On August 19, 2003, this Court orally granted a confidentiality order and orally ordered defendant CHASE to comply with long outstanding discovery requests. To date, Chase has not provided documents responsive to Production Requests 9, 11 (as to mixed SSN's), 15, 16, 17, 25, 26, 27 as ordered. Nor has Chase provided a complete sworn response to Interrogatories 2-8, requesting it to "identify" individuals. Despite several reminders and requests, defendant has not complied.

Pursuant to Fed. R. Civ. P. 37(b)(2) or (d), plaintiff moves for the entry of a default against defendant CHASE, an order that the allegations of the complaint shall be taken to be established against the defendant CHASE, and an order striking its affirmative defenses.

ORAL ARGUMENT NOT REQUESTED

THE PLAINTIFF

BY _____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511
(203) 772-0395