UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

JOHN J. CHAPMAN

2003 OCT 30 P 12: 22

v.

CASE NO. 3:03CV316 (JCH)

US DISTRICT COURT
BRIDGEPORT CT

EXPERIAN INFORMATION SERVICES, INC.
CHASE MANHATTAN BANK USA, N.A.

October 28, 2003

## MEMORANDUM IN SUPPORT OF MOTION FOR ORDERS

In August, 2003, this Court ordered defendant to provide responses to interrogatories and production requests.

"District courts should not countenance 'purposeful sluggishness' in discovery on the part of parties or attorneys and should be prepared to impose sanctions when they encounter it." Residential Funding Corp. v. DeGeorge Financial Corp., 306 F.3d 99 (2d Cir. 2002).

THE PLAINTIFF

BY _____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511
(203) 772-0395

    This is to certify that the foregoing ~~and attached~~ was mailed on October 28, 2003, postage prepaid, to:

Thomas Stagg
Simmons, Jannace & Stagg
90 Merrick Ave # 102
East Meadow NY 11554

Michelle Blum
Jones Day
3 Park Plaza  #1100
Irvine CA 92614-5976

                                                         _____
                                                         Joanne S. Faulkner