FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT        2003 OCT 30  P 12: 22

JOHN J. CHAPMAN                                US DISTRICT COURT
                                               BRIDGEPORT CT
v.                                             CASE NO. 3:03CV 316 (JCH)

EXPERIAN INFORMATION SERVICES, INC.
CHASE MANHATTAN BANK USA, N.A.          October 28, 2003

### LOCAL RULE 37 AFFIDAVIT

The undersigned certifies, pursuant to 28 U.S.C. §1746, that prior to filing this

Motion, she repeatedly sought the cooperation of defendant in providing the missing

documents and information. Despite several reminders, plaintiff has received nothing

responsive.

There is no known discovery dispute between the parties. The defendant

failed to comply with the Court's Orders.

I certify under penalty of perjury that the foregoing is true and correct. Executed on
October 28, 2003

                            _____
                            JOANNE S. FAULKNER ct04137