UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

JOHN J. CHAPMAN

2003 OCT 30 P 12: 23

v.                                                        CASE NO. 3:03CV316 (JCH)

US DISTRICT COURT
BRIDGEPORT CT

EXPERIAN INFORMATION SERVICES, INC.
CHASE MANHATTAN BANK USA, N.A.                October 28, 2003

<u>PLAINTIFF'S UNOPPOSED MOTION TO COMPEL DISCOVERY: CHASE</u>

Pursuant to Fed. R. Civ. P. 37(a), 33(b), 34(b) and 6(b)(2), Plaintiff moves to compel defendant CHASE to respond to Production 29, which sought certain credit material as to John Solberg, the person whose bankruptcy was reported as belonging to plaintiff. Believing itself to be a consumer reporting agency, Chase refused to provide the material without a court order. By letter of September 24, 2003, Chase advised, "Chase will not oppose a motion for an order compelling this disclosure."

                                      THE PLAINTIFF

ORAL ARGUMENT IS
NOT REQUESTED

                                      BY _____
                                      JOANNE S. FAULKNER  ct04137
                                      123 Avon Street
                                      New Haven, CT 06511
                                         (203) 772-0395
                                         j.faulkner@snet.net

GRANTED. Absent Objection
SO ORDERED
Janet C. Hall U.S.D.J.

2003 NOV 10 P 3: 45
US DISTRICT COURT
BRIDGEPORT CT