UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CHAPMAN

v. CASE NO. 3:03CV 316 (JCH)

EXPERIAN INFORMATION SOLUTIONS, INC.
CHASE MANHATTAN BANK USA, N.A. November 24, 2003

**JOINT MOTION TO EXTEND**
**PRE-TRIAL/TRIAL READINESS DEADLINES**

Plaintiff John J. Chapman and Defendants Experian Information Solutions, Inc. and Chase Manhattan Bank USA, N.A., through their counsel of record, jointly move to request that the Court extend the pre-trial and trial readiness deadlines previously issued by this Court on or about April 21, 2003.

Good cause exists to extend the deadlines. The parties diligently have propounded and responded to written discovery and currently are attempting to resolve certain remaining discovery disputes both informally and formally. The parties expect to complete written discovery within the next two to four weeks and will then proceed with deposition discovery.

The discovery deadline currently is set for November 30, 2003. The parties agree to extend the discovery deadline approximately 60 days, to January 30, 2004, and extend the related deadlines accordingly. Specifically, the parties agree and request that this Court extend the deadlines as follows:

Discovery Deadline: January 30, 2004

Dispositive Motion Deadline: March 5, 2004



| | |
|---|---|
| Joint Trial Memorandum: | March 19, 2004 (or 30 days after any ruling on dispositive motions) |
| Trial Readiness: | April 2, 2004 (or 14 days after filing Joint Trial Memorandum) |

Dated: November 24, 2003

PLAINTIFF JOHN J. CHAPMAN

By: Joanne S. Faulkner by GK
Joanne S. Faulkner ct 04137
123 Avon Street
New Haven, CT 06511
(203) 772-0395
j.faulkner@snet.net

DEFENDANT CHASE MANHATTAN BANK USA, N.A.

By: [signature]
Thomas E. Stagg ct 23429
Simmons, Jannace & Stagg, LLP
90 Merrick Avenue, Suite 102
East Meadow, New York 11554
(516) 357-8100
tstagg@sjslaw.com

DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

By: Michelle Blum by GK.
Michelle M. Blum ct 22543
Jones Day
3 Park Plaza, Suite 1100
Irvine, California 92614
(949) 851-3939
(949) 553-7539 (facsimile)
mblum@jonesday.com