UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 24  A 11: 09
US DISTRICT COURT
BRIDGEPORT CT

JOHN J. CHAPMAN,

        Plaintiff,

- against -

EXPERIAN INFORMATION SERVICES, INC.
CHASE MANHATTAN BANK USA, N.A.,

        Defendants.

Case No. 303 CV 316 JCH

### CHASE'S MOTION TO ALLOW MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR AN ORDER DEFAULTING CHASE AND OTHER RELIEF BE FILED AS SEALED BY THE COURT

Defendant Chase Manhattan Bank, USA, N.A. ("Chase") moves for an order: (1) allowing Chase's Memorandum of Law in opposition to plaintiff's motion for an order defaulting Chase and other relief be filed as sealed by the court; and (2) granting Chase such other and further relief as the Court deems just and proper. An affirmation in support is submitted herewith.

Dated: East Meadow, New York
       November 21, 2003

SIMMONS, JANNACE & STAGG, L.L.P.

By: _____
Thomas E. Stagg (ct 23429)
Attorneys for Defendant
Chase Manhattan Bank USA, N.A.
**Office & P.O. Address:**
The Financial Center
90 Merrick Avenue, Suite 102
East Meadow, New York 11554
(516) 357-8100

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------

JOHN J. CHAPMAN,

                Plaintiff,

- against -

EXPERIAN INFORMATION SERVICES, INC.
CHASE MANHATTAN BANK USA, N.A.,

                Defendants.

----------------------------------------

FILED
2003 NOV 24  A 11: 09
Case No. 303 CV 316 JCH
US DISTRICT COURT
BRIDGEPORT CT

### CHASE'S AFFIRMATION SUPPORTING MOTION TO ALLOW MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR AN ORDER DEFAULTING CHASE AND OTHER RELIEF BE FILED AS <u>SEALED BY THE COURT</u>

1.    I am a member of the firm of Simmons, Jannace & Stagg, L.L.P., attorneys for the defendant Chase Manhattan Bank, USA, N.A. ("Chase").

2.    I submit this affirmation in support of Chase's request for an Order allowing Chase's Memorandum of Law in Opposition to plaintiff's motion for an order defaulting Chase and other relief be filed as sealed by the court.

3.    In opposing plaintiff's motion and to demonstrate that Chase provided discovery in good faith, Chase annexed its discovery responses as exhibits to its Memorandum of Law in Opposition.

4.    Chase's Memorandum of Law in Opposition was served upon plaintiff's counsel on November 17, 2003.

5.    Plaintiff's counsel contacted us on November 20, 2003 and expressed concern that the exhibits annexed to Chase's Memorandum of Law in Opposition contained confidential information relating to plaintiff.

6. To address plaintiff's concern, and with plaintiff's consent, we respectfully request that the court treat Chase's Memorandum of Law in Opposition and exhibits as filed under seal.

Wherefore, Chase respectfully requests that the Court issue an Order allowing Chase's Memorandum of Law in Opposition to plaintiff's motion for an order defaulting Chase and other relief be filed as sealed by the court.

Dated: East Meadow, New York
November 21, 2003

                                    **SIMMONS, JANNACE & STAGG, L.L.P.**

                                    By: _____
                                    Thomas E. Stagg (ct23429)
                                    Attorneys for Defendant
                                    Chase Manhattan Bank USA, N.A.
                                    **Office & P.O. Address:**
                                    The Financial Center
                                    90 Merrick Avenue, Suite 102
                                    East Meadow, New York 11554
                                    (516) 357-8100

## CERTIFICATE OF SERVICE

JOHN J. CHAPMAN
v.
EXPERIAN INFORMATION SERVICES, INC., et al.

U.S.D.C., District of Connecticut
Case No. 3:03 CV 316 (JCH)

This is to certify that a copy of the foregoing CHASE'S MOTION TO ALLOW MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR AN ORDER DEFAULTING CHASE AND OTHER RELIEF BE FILED AS SEALED BY THE COURT was mailed, **via Airborne Express**, for delivery on Monday, November 24, 2003 by 12:00 p.m., prior to the latest time designated by that service for such delivery, on this 21st day of November, 2003, to:

| | |
|---|---|
| Joanne S. Faulkner, Esq.<br>Attorney(s) for Plaintiff<br>**Office & P.O. Address:**<br>123 Avon Street<br>New Haven, Connecticut 06511<br>(203) 772-0395 | Sevan Ogulluk, Esq.<br>Jones Day<br>Attorney(s) for Defendant<br>Experian Information Services, Inc.<br>**Office & P.O. Address:**<br>222 East 41st Street<br>New York, New York 10017<br>(212) 326-3977 |

BY: _____
THOMAS E. STAGG (ct23429)
Simmons, Jannace & Stagg, L.L.P.

cert service32