#64

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CHAPMAN

v.                                          CASE NO. 3:03CV 316 (JCH)

EXPERIAN INFORMATION SOLUTIONS, INC.
CHASE MANHATTAN BANK USA, N.A.                November 24, 2003

### JOINT MOTION TO EXTEND
### PRE-TRIAL/TRIAL READINESS DEADLINES

Plaintiff John J. Chapman and Defendants Experian Information Solutions, Inc. and Chase Manhattan Bank USA, N.A., through their counsel of record, jointly move to request that the Court extend the pre-trial and trial readiness deadlines previously issued by this Court on or about April 21, 2003.

Good cause exists to extend the deadlines. The parties diligently have propounded and responded to written discovery and currently are attempting to resolve certain remaining discovery disputes both informally and formally. The parties expect to complete [writt]en discovery within the next two to four weeks and will then proceed with deposition [disco]very.

The discovery deadline currently is set for November 30, 2003. The parties agree [to ext]end the discovery deadline approximately 60 days, to January 30, 2004, and extend the [other] deadlines accordingly. Specifically, the parties agree and request that this Court extend [the d]eadlines as follows:

Discovery Deadline:          January 30, 2004

Dispositive Motion Deadline: March 5, 2004

1410v1

*[Handwritten margin notes: Motion Granted. Discovery cutoff date 1/30/04. Dispositive Motions due by 3/5/04. SO ORDERED 12/2/03. Janet C. Hall, USDJ]*