

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 24  A 11:09

US DISTRICT COURT
BRIDGEPORT CT

JOHN J. CHAPMAN,

           Plaintiff,

- against -

EXPERIAN INFORMATION SERVICES, INC.
CHASE MANHATTAN BANK USA, N.A.,

           Defendants.

Case No. 303 CV 316 JCH

### CHASE'S MOTION TO ALLOW MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR AN ORDER DEFAULTING CHASE AND OTHER RELIEF BE FILED AS SEALED BY THE COURT

Defendant Chase Manhattan Bank, USA, N.A. ("Chase") moves for an order: (1) allowing Chase's Memorandum of Law in opposition to plaintiff's motion for an order defaulting Chase and other relief be filed as sealed by the court; and (2) granting Chase such other and further relief as the Court deems just and proper. An affirmation in support is submitted herewith.

Dated: East Meadow, New York
       November 21, 2003

SIMMONS, JANNACE & STAGG, L.L.P.

By: _____
Thomas E. Stagg (ct 23429)
Attorneys for Defendant
Chase Manhattan Bank USA, N.A.
**Office & P.O. Address:**
The Financial Center
90 Merrick Avenue, Suite 102
East Meadow, New York 11554
(516) 357-8100

2003 DEC 10  A 8:21

*Motion denied as moot.
So Ordered.*

*12/8/03*