# SIMMONS, JANNACE & STAGG, L.L.P.
## ATTORNEYS AT LAW

KEVIN P. SIMMONS
STEVEN D. JANNACE
THOMAS E. STAGG*◊△
DEBRA LYNNE WABNIK*

WILLIAM T. COLLINS, III
JACQUELINE DELLA CHIESA
SAL F. DELUCA △
ANNA J. ERVOLINA
KATHRYN FITZGERALD
DANIEL P. GREGORY*
KERRY L. HOLLAND
J. MARK KANG
ANDREW KAZIN
MICHAEL D. KERN △
STEPHEN A. SALTZMAN
JUSTIN M. STOGER

THE FINANCIAL CENTER
90 MERRICK AVENUE
SUITE 102
EAST MEADOW, NEW YORK 11554
(516) 357-8100
FAX (516) 357-8111

45 ESSEX STREET, SUITE 200
HACKENSACK, NJ 07601

700 CANAL STREET
STAMFORD, CONNECTICUT 06902

COUNSEL
SUSAN B. JANNACE
BARRY FELDMAN
VIRGINIA COYNE
ROSS M. CHINITZ △
EDWARD J. MANDERY
KRISTEN RENZULLI*

*ALSO ADMITTED NJ
△ALSO ADMITTED CT
◊ALSO ADMITTED DC

FILED 2003 DEC -2 P 4: 25

RECEIVED 2003 NOV 24 P 12: 28 CHAMBERS JANET C. HALL U.S. DISTRICT JUDGE

November 20, 2003

The Honorable Janet C. Hall
United States District Judge
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

Re: Chapman v. Experian Information Services, Inc.
and Chase Manhattan Bank USA, N.A.
Case No.: 03 CV 316 (JCH)

Dear Judge Hall:

We represent defendant Chase Manhattan Bank USA, N.A. ("Chase"). Plaintiff's motion to strike Chase's answer for failure to provide discovery is pending before the court. In opposing plaintiff's motion and to demonstrate that Chase provided discovery in good faith, Chase annexed its discovery responses as exhibits to its Memorandum of Law in Opposition.

Plaintiff's counsel contacted us today and expressed concern that the exhibits contain confidential information relating to plaintiff. To address plaintiff's concern, we respectfully request that the court treat Chase's Memorandum of Law and exhibits as filed under seal.

Respectfully submitted,

Thomas E. Stagg
(Juris No. CT 23429)

[Handwritten margin note: Treating this as a motion to seal, it is granted. So Ordered. [signature] 11/25/03]

Honorable Janet C. Hall
United States District Judge
November 20, 2003
Page 2


cc:  Joanne S. Faulkner, Esq.

   Sevan Ogulluk, Esq.
   Jones Day