UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

JOHN J. CHAPMAN,

        Plaintiff,

- against -

EXPERIAN INFORMATION SERVICES, INC.
CHASE MANHATTAN BANK USA, N.A.,

        Defendants.

2004 JAN 23  A 10: 28

Case No. 303 CV 316 JCH
US DISTRICT COURT
BRIDGEPORT CT

## CHASE'S MOTION FOR AN EXTENSION OF THE
## PRE-TRIAL/TRIAL READINIESS DEADLINES

Pursuant to Court Rule 7(b), defendant Chase Manhattan Bank, USA, N.A. ("Chase") moves to extend the discovery deadline from January 30, 2004 to March 30, 2004 and the dispositive motion deadline from March 5, 2004 to May 5, 2004. An affirmation is submitted herewith.

Dated:  East Meadow, New York
          January 22, 2004

                           SIMMONS, JANNACE & STAGG, L.L.P.

                         By: _____
                            Thomas E. Stagg
                            (Juris No. Ct 23429)
                            Attorneys for Defendant
                            Chase Manhattan Bank USA, N.A.
                            The Financial Center
                            90 Merrick Avenue, Suite 102
                            East Meadow, New York 11554
                            (516) 357-8100

NOM-Ext of Time Disc

**ORAL ARGUMENT NOT REQUESTED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

JOHN J. CHAPMAN,

                Plaintiff,               Case No. 303 CV 316 JCH

- against -

EXPERIAN INFORMATION SERVICES, INC.
CHASE MANHATTAN BANK USA, N.A.,

                Defendants.

---

### CHASE'S AFFIRMATION SUPPORTING ITS MOTION FOR AN EXTENSION OF THE PRE-TRIAL/TRIAL READINESS DEADLINES

1.    I am a member of the firm of Simmons, Jannace & Stagg, L.L.P., attorneys for the defendants Chase Manhattan Bank, USA, N.A. ("Chase").

2.    I submit this affirmation in support of Chase's request for an order extending the discovery deadline from January 30, 2004 to March 30, 2004 and the dispositive motion deadline from March 5, 2004 to May 5, 2004.

3.    Despite a diligent effort, Chase is unable to complete discovery by January 30, 2004.

4.    Co-defendant Experian Information Services, Inc. consents to the adjournment, but plaintiff does not.

5.    This is the second application for an extension of the pre-trial and trial readiness discovery deadline. In or about November, 2003, the parties jointly requested the Court extend the pre-trial and trial readiness deadlines from November 30, 2003 to January 30, 2003

**ORAL ARGUMENT NOT REQUESTED**

6. On December 2, 2003, this court granted the parties request and extended the discovery deadline to January 30, 2004 and the dispositive motion deadline to March 5, 2004.

7. Another adjournment is necessary because Chase cannot produce one of its witnesses, Paul Arena, before the close of discovery. Although Chase has already produced a witness for deposition (Allyson Foster), plaintiff seeks the testimony of Mr. Arena, who must travel from out of town. Due to scheduling conflicts, Mr. Arena's deposition cannot be scheduled until early February 2004. Plaintiff does not object to taking Mr. Arena's deposition in the first week of February.

8. Also, plaintiff has intimated a desire to depose a further Chase witness, in addition to Mr. Arena and the witness already produced. This will require further time, effort and coordination, and cannot be completed before January 30, 2004.

9. Moreover, defendants have not had the opportunity to depose plaintiff or the witnesses plaintiff has identified in support of his claim. We anticipate that all necessary depositions will be completed by March 30, 2004 and that no further requests for adjournments will be necessary.

10. Finally, the parties are still exchanging documents, which will require further review prior to the depositions.

11. For these reasons, Chase respectfully requests that the Court issue an order extending the discovery deadline from January 30, 2004 to March 30,

**ORAL ARGUMENT NOT REQUESTED**

2004 and the dispositive motion deadline from March 5, 2004 to May 5, 2004.


Dated:  East Meadow, New York
        January 22, 2004

                                    SIMMONS, JANNACE & STAGG, L.L.P.

                                    By: _____
                                        Thomas E. Stagg
                                        (Juris No. Ct 23429)
                                        Attorneys for Defendant
                                        Chase Manhattan Bank USA, N.A.
                                        The Financial Center
                                        90 Merrick Avenue, Suite 102
                                        East Meadow, New York 11554
                                        (516) 357-8100

aff ext of time disc

3

**ORAL ARGUMENT NOT REQUESTED**

## CERTIFICATE OF SERVICE

JOHN J. CHAPMAN
v.
EXPERIAN INFORMATION SERVICES, INC., et al.

U.S.D.C., District of Connecticut
Case No. 3:03 CV 316 (JCH)

This is to certify that a copy of the foregoing CHASE'S MOTION FOR AN EXTENSION OF THE PRE-TRIAL/TRIAL READINESS DEADLINES was sent via e-mail as listed, and mailed, first class mail, postage prepaid, on this 22nd day of January, 2004, to:

Joanne S. Faulkner, Esq.
Attorney(s) for Plaintiff
**Office & P.O. Address:**
123 Avon Street
New Haven, Connecticut 06511
(203) 772-0395
j.faulkner@snet.net

Michelle M. Blum, Esq.
Jones Day
Attorney(s) for Defendant
Experian Information Services, Inc.
**Office & P.O. Address:**
3 Park Plaza
Suite 1100
Irvine, California 92614
(949) 851-3939
mblum@jonesday.com

BY: _____
THOMAS E. STAGG
Simmons, Jannace & Stagg, L.L.P.

cert service38