FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*************************************
JOHN J. CHAPMAN              *
                             *     JURY TRIAL DEMANDED
V.                           *
                             *     303 CV 0316 JCH
EXPERIAN INFORMATION         *
SERVICES, INC. and           *
CHASE MANHATTAN BANK, USA    *
*************************************

## MOTION FOR ADMISSION OF VISITING ATTORNEY

Pursuant to Rule 83.1 (d) (1) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, the undersigned, a member of the bar of this Court, hereby moves that Attorney Albert J. Rota be admitted as visiting attorney to act as counsel for defendant Experian Information Solutions, Inc., in the above-captioned matter. In support thereof, the undersigned refers the Court to the Affidavit of Albert J. Rota, attached.

*Appearance and Fees*

The undersigned has already appeared in the above-titled matter and the undersigned's office in Hartford is therefore available for service of papers in this litigation, and the required $25 fee accompanies this motion pursuant to Local Rule 83.1 (d) (2).

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

The proposed visiting attorney's contact information is as follows:

1. Office address:
   222 East 41st Street
   New York, New York 10017

2. Telephone number: (212) 326-3958
   Fax number (212) 755-7306

3. Email address: ajrota@jonesday.com

Dated:    Hartford, Connecticut
          January 22, 2004

        DEFENDANT, EXPERIAN INFORMATION
        SOLUTIONS, INC.

BY: _____
        JOSEPH V. MEANEY, JR.
        Cranmore, FitzGerald & Meaney
        49 Wethersfield Avenue
        Hartford, CT 06114-1102
        (860) 522-9100
        Federal Bar No. CT 04315

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was mailed, postage prepaid, on this 22nd day of January, 2004.

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511

John C. Wirzbicki, Esq.
Brown Jacobson PC
22 Courthouse Square
P.O. Box 391
Norwich, CT 06360

Thomas E. Stagg, Esq.
Simmons, Jannace & Stagg, L.L.P.
90 Merrick Avenue
Suite 102
East Meadow, NY 11554

BY: _____
JOSEPH V. MEANEY, JR.
Cranmore, FitzGerald & Meaney

3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CHAPMAN, :
:
Plaintiff : Civil No. 3:03cv316 (JCH)
:
v. :
:
EXPERIAN INFORMATION SERVICES, INC., :
CHASE MANHATTAN BANK USA, N.A., :
:
Defendants. :
: January 21, 2004

### AFFIDAVIT OF ALBERT J. ROTA

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

ALBERT J. ROTA, being duly sworn, deposes and says:

1. I am an associate with the law firm of Jones Day, 222 East 41st Street, New York, New York, 10017. My contact phone numbers and email address are as follows: 212-326-3939 (general), 212-326-3958 (direct dial), 212-755-7506 (fax), ajrota@jonesday.com. I make this declaration pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, in support of an application to be admitted pro hac vice in the above-titled action.

2. I am a member in good standing in the bars of the States of New York and New Jersey and I am admitted to practice before the U.S. District Courts for the Southern, Eastern and Western Districts of New York.

3. I have never been denied admission or disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

NYI-2109993v1

5.  I previously sought admission to this Court in one unrelated matter and was assigned Connecticut Federal Bar Number ct24853.

_____
Albert J. Rota

Sworn to and subscribed
before me on this 21st
day of January, 2004

_____
Notary Public
My Commission expires: 11/10/07

DENISE SCIABARASSI
NOTARY PUBLIC, State of New York
No. 01SC6101209
Qualified in Nassau County
Commission Expires November 10, 2007

NYI-2109993v1

- 2 -