UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*********************************
JOHN J. CHAPMAN                              *
                                             *   JURY TRIAL DEMANDED
V.                                           *
                                             *   303 CV 0316 JCH
EXPERIAN INFORMATION                         *
SERVICES, INC. and                           *
CHASE MANHATTAN BANK, USA                    *
*********************************

## MOTION FOR ADMISSION OF VISITING ATTORNEY

Pursuant to Rule 83.1 (d) (1) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, the undersigned, a member of the bar of this Court, hereby moves that Attorney Albert J. Rota be admitted as visiting attorney to act as counsel for defendant Experian Information Solutions, Inc., in the above-captioned matter. In support thereof, the undersigned refers the Court to the Affidavit of Albert J. Rota, attached.

*Appearance and Fees*

The undersigned has already appeared in the above-titled matter and the undersigned's office in Hartford is therefore available for service of papers in this litigation, and the required $25 fee accompanies this motion pursuant to Local Rule 83.1 (d) (2).

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

CRANMORE, FITZGERALD & MEANEY  •  ATTORNEYS AT LAW
49 WETHERSFIELD AVENUE  •  HARTFORD, CONNECTICUT 06114-1102  •  (860) 522-9100

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By Deputy Clerk