#77

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

JOHN J. CHAPMAN,

                Plaintiff,

- against -

EXPERIAN INFORMATION SERVICES, INC.
CHASE MANHATTAN BANK USA, N.A.,

                Defendants.

2004 JAN 23  A 10: 28

Case No. 303 CV 316 JCH JF
US DISTRICT COURT
BRIDGEPORT CT

### CHASE'S MOTION FOR AN EXTENSION OF THE PRE-TRIAL/TRIAL READINIESS DEADLINES

Pursuant to Court Rule 7(b), defendant Chase Manhattan Bank, USA, N.A. ("Chase") moves to extend the discovery deadline from January 30, 2004 to March 30, 2004 and the dispositive motion deadline from March 5, 2004 to May 5, 2004. An affirmation is submitted herewith.

Dated:  East Meadow, New York
         January 22, 2004

SIMMONS, JANNACE & STAGG, L.L.P.

By: _____
Thomas E. Stagg
(Juris No. Ct 23429)
Attorneys for Defendant
Chase Manhattan Bank USA, N.A.
The Financial Center
90 Merrick Avenue, Suite 102
East Meadow, New York 11554
(516) 357-8100

NOM-Ext of Time Disc

2004 FEB 12  P 3: 46

*Motion Granted: discovery deadline is 3/30/04 and dispositive motion ext is 5/5/04. So Ordered.* [handwritten margin note, signed 2/11/04]

**ORAL ARGUMENT NOT REQUESTED**