78

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CHAPMAN,

             Plaintiff,           Case No. 303 CV 316 JCH

- against -

EXPERIAN INFORMATION SERVICES, INC.
CHASE MANHATTAN BANK USA, N.A.,

             Defendants.

### CHASE'S MOTION FOR A PROTECTIVE ORDER

1.    Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, defendant Chase Manhattan Bank, USA, N.A. ("Chase") moves for a protective order quashing or putting over plaintiff's Renotice of Deposition, dated January 16, 2004. An affirmation is submitted herewith.

Dated: East Meadow, New York
January 23, 2004

                           SIMMONS, JANNACE & STAGG, L.L.P.

                           By: _____
                           Thomas E. Stagg
                           (Juris No. Ct 23429)
                           Attorneys for Defendant
                           Chase Manhattan Bank USA, N.A.
                           The Financial Center
                           90 Merrick Avenue, Suite 102
                           East Meadow, New York 11554
                           (516) 357-8100

NOM-Protective Order

**ORAL ARGUMENT NOT REQUESTED**

[Handwritten annotations in margin: "Counsel directed to convert motion as moot in favor of conference on record today." "FILED 2004 FEB" signature dated 2/11/04]