UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN J. CHAPMAN, | : | |
| | : | |
| Plaintiff | : | |
| | : | Civil No. 3:03cv316 (JCH) |
| v. | : | |
| | : | |
| EXPERIAN INFORMATION SERVICES, INC., | : | |
| CHASE MANHATTAN BANK USA, N.A., | : | |
| | : | |
| Defendants. | : | February 17, 2004 |

**APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Experian Information Solutions, Inc.

| February 17, 2004 | *[signature]* |
|---|---|
| Date | Signature |

| ct24853 | Albert J. Rota, Esq. |
|---|---|
| Connecticut Federal Bar | Type Name |

| (212) 326-3939     (212) 755-7306 | 222 East 41st Street |
|---|---|
| Telephone Number     Fax Number | |

| ajrota@jonesday.com | New York, NY  10017 |
|---|---|
| E-mail Address | |

CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

SEE ATTACHED SERVICE LIST

NYI-2115682v1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first-class mail, postage prepaid, on this 17th day of February, 2004, to:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511
(203) 772-0395

    -and-

John C. Wirzbicki, Esq.
Brown Jacobson PC
22 Courthouse Square
P.O. Box 391
Norwich, CT 06360
(860) 889-3321
*Attorneys for Plaintiff*

Thomas E. Stagg, Esq.
Simmons, Jannace & Stagg, L.L.P.
90 Merrick Avenue
Suite 102
East Meadow, NY 11554
(516) 357-8100
*Attorneys for Defendant
Chase Manhattan Bank USA, N.A.*

_____
Albert J. Rota (ct24853)