UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CHAPMAN

v.                                            CASE NO. 3:03CV 316 (JCH)

EXPERIAN INFORMATION SERVICES, INC.
CHASE MANHATTAN BANK USA, N.A.               March 2, 2004

FILED
2004 MAR 10 P 1:51
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## LOCAL RULE 37 AFFIDAVIT RE MOTION FOR PROTECTIVE ORDER

I certify, pursuant to 28 U.S.C. §1746, that I offered both Chase and Experian the opportunity to continue the plaintiff's deposition of February 24, 2004. Both declined. Transcript p. 39 line 18, p. 40 lines 6, 12; p. 15 line 10, p. 37 line 25. Later we agreed with Experian to reconvene so that Experian could take its deposition. Instead of abiding by his agreement, after consulting with Chase, Experian deferred to Chase, which was still not interested in going forward, as shown by the transcript. Later on February 24, I also offered Experian the opportunity for a telephone deposition of plaintiff. Experian declined.

I certify under penalty of perjury that the foregoing is true and correct. Executed on March 1, 2004.

/s/ Joanne S. Faulkner
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing was mailed on March 1, 2004, postage prepaid, to:

Thomas Stagg
Simmons, Jannace & Stagg
90 Merrick Ave # 102
East Meadow NY 11554

Michelle Blum
Jones Day
3 Park Plaza  #1100
Irvine CA 92614-5976

_____/s/ Joanne S. Faulkner_____
Joanne S. Faulkner