UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR -8  A 9:43
US DISTRICT COURT
BRIDGEPORT CT

JOHN J. CHAPMAN,
    Plaintiff
    v.
EXPERIAN INFORMATION SERVICES, INC.,
CHASE MANHATTAN BANK USA, N.A.,

    Defendants.

Civil No. 3:03cv316(JCH)

March 5, 2004

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'
MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S
MOTION FOR A PROTECTIVE ORDER**

Defendant Experian Information Solutions, Inc. ("Experian") opposes Plaintiff's Motion for a Protective Order and any limitation or termination of Plaintiff's deposition in this matter. During the course of Chase's direct examination, Plaintiff's counsel directed Plaintiff not to respond to multiple questions regarding the critical issue of damages and, after multiple threats, terminated the deposition. At this juncture, Chase and Experian attempted to obtain a ruling from Judge Hall (out of the plaintiff's presence) and Judge Fitzsimmons (Plaintiff refused to be partake in the call) regarding the propriety of Plaintiff's refusal to answer and termination of the deposition.

Contrary to Plaintiff's assertions that Experian waived its right to question the witness, Experian made multiple statements on the record indicating its desire to continue the deposition and recognizing the Chase's examination was ongoing. Each time Ms. Faulkner attempted to force Experian to begin its examination, Chase indicated that its examination was not completed and Experian expressed its desire to continue the deposition:

NYI-2119633v1

>Ms. Faulkner: Okay. The deposition is over. Thank you.
>
>Mr. Stagg: Are you ending this deposition?
>
>Ms. Faulkner: Yes, we are ending the deposition.
>
>. . .
>
>Ms. Faulkner: Mr. Rota, do you want to take your part of the deposition?
>
>Mr. Stagg: I'm not finished.

Tr. at 14:16-15:12.

>Ms. Faulkner: Mr. Rota, do you want to take your part of the deposition?
>
>Mr. Stagg: I'm not done.
>
>Ms. Faulkner: You're done.
>
>Mr. Rota: Mr. Stagg has the floor right now.

Tr. at 37:25-38:5.

>Ms. Faulkner: I'm breaking up this deposition because you are harassing him, you are oppressing him. You have asked the same thing five times. You have looked at him with a snear on your face, and I don't think that we need to tolerate this. Thank you.
>     Mr. Rota, would you want to go ahead?
>
>Mr. Rota: I want to take my deposition while we are here, but Mr. Stagg does have the floor right now.
>
>Mr. Faulkner: We are done with Mr. Stagg.
>
>Mr. Stagg: No, Attorney Faulkner, we are not.

Tr. at 38:12-25.

Because Chase's counsel demanded an answer to his outstanding question and a ruling from Judge Hall or Judge Fitzsimmons on Plaintiff's refusal to answer, it was proper for Experian to yield until Chase concluded its direct examination. *See Smith v. Logansport*

*Community School Corp.*, 139 F.R.D. 637, 642 (N.D.Ind. 1991) (stating that after the party conducting a direct examination concludes, the other parties may begin their examination).

Dated: New York, New York
      March 5, 2004

                      DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

                      /s/ *[signature]*
                      Michelle M. Blum (ct22543)
                      JONES DAY
                      3 Park Plaza, Suite 1100
                      Irvine, CA 92014
                      Telephone: (949) 851-3939
                      Facsimile: (949) 553-7539
                      E-Mail: mblum@jonesday.com

                              -and-

                      Albert J. Rota (ct24853)
                      JONES DAY
                      222 East 41st Street
                      New York, New York 10017
                      Telephone: (212) 326-3939
                      Facsimile: (212) 755-7306
                      E-Mail: ajrota@jonesday.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was emailed and mailed via overnight delivery, on this 5th day of March, 2004, to:

> Joanne S. Faulkner, Esq.
> 123 Avon Street
> New Haven, CT 06511
> (203) 772-0395
>
> -and-
>
> John C. Wirzbicki, Esq.
> Brown Jacobson PC
> 22 Courthouse Square
> P.O. Box 391
> Norwich, CT 06360
> (860) 889-3321
> *Attorneys for Plaintiff*
>
> Thomas E. Stagg, Esq.
> Simmons, Jannace & Stagg, L.L.P.
> 90 Merrick Avenue
> Suite 102
> East Meadow, NY 11554
> (516) 357-8100
> *Attorneys for Defendant*
> *Chase Manhattan Bank USA, N.A.*

_____
Albert J. Rota (ct24873)