UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN CHAPMAN | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-03-cv-316 (JCH) |
| | : | |
| EXPERIAN INFORMATION | : | MARCH 10, 2004 |
| SERVICES, INC., ET AL | : | |
| Defendants | : | |

**ORDER**

The court held a status telephone conference today concerning the aborted deposition of the plaintiff.  In light of the transcript of that deposition, and the discussion on the record, the court orders that depositions be taken pursuant to the Procedures set forth in the attachment to this Order.  Any party noticing a deposition of a non-party must serve, or otherwise provide in advance of the deposition, the attached upon the deponent. Counsel for a party witness must undertake to advise the witness of the attached in advance of the deposition.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 10th day of March, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge