UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CHAPMAN

v.  CASE NO. 3:03CV 316 (JCH)

EXPERIAN INFORMATION SERVICES, INC.
CHASE MANHATTAN BANK USA, N.A.  March 2, 2004

MOTION FOR PROTECTIVE ORDER

    Pursuant to Fed. R. Civ. P. 26(c) and 30(d)(4), Plaintiff moves for a protective order terminating or limiting the deposition of plaintiff on the basis that Chase conducted the deposition in bad faith, in such manner as unreasonably to annoy or oppress the deponent; and both Chase and Experian expressly waived any further deposition questions. Chase persisted in asking legal questions rather than factual questions, asked argumentatively, asked repetitiously, asked deceptively, asked about matters indisputably not within the witness's knowledge, cut off the witness, persisted in smirking at the witness during questioning, and generally aimed at getting answers it wanted rather than gathering facts known to the witness not already revealed in the extensive written discovery  (Chase has just served its Fourth Document demand). This case is largely based on the defendants' own undisputed documents, procedures, and testimony.

                                                      THE PLAINTIFF

                                                      BY___/s/ Joanne S. Faulkner____
                                                      JOANNE S. FAULKNER ct04137
                                                      123 Avon Street
                                                      New Haven, CT 06511-2422
                                                      (203) 772-0395

This is to certify that the foregoing was mailed on March 1, 2004, postage prepaid, to:

Thomas Stagg
Simmons, Jannace & Stagg
90 Merrick Ave # 102
East Meadow NY 11554

Michelle Blum
Jones Day
3 Park Plaza   #1100
Irvine CA 92614-5976

                                                ___/s/ Joanne S. Faulkner___
                                                Joanne S. Faulkner