UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                    CASE NO. 3:02CV 1537 (AVC)

MARVIN BRANDON                        February 27, 2004

## LOCAL RULE 37 AFFIDAVIT

The undersigned certifies, pursuant to 28 U.S.C. §1746, as follows:

1. I am counsel for the plaintiff in the within matter.

2. Upon receipt of a deposition notice for August 27, 2003, plaintiff and I drove to Southport for a deposition. When we got there, defendant refused to take the deposition.

3. To resolve the matter, plaintiff and defendant agreed that plaintiff's deposition would be taken in New Haven, on the same day as Jack Boyajian's deposition was taken.

4. Defendant has now breached that agreement by refusing to produce Jack Boyajian in New Haven on February 26, and by noticing plaintiff's deposition for Southport on February 26, 2004.

5. I am requesting fees at $300 per hour because I believe the rate is reasonable and reflects the lowest current market rate in the community of my peers for federal litigation. The rate was awarded in to me _Rivers-Barnes v. J&K Financial Services, Inc_., Civil No. 3:01CV1939 (CFD) (D. Conn. June 28, 2002).

I verify under the penalty of perjury that the foregoing is true and correct.

Dated February 26, 2004

                                                ____/s/ Joanne S. Faulkner_____
                                                  Joanne S. Faulkner

    This is to certify that the foregoing was mailed on February 27, 2004, postage prepaid, to:

Jonathan D. Elliot
P. O. Box 763
Southport CT 06490

                                            ___/s/ Joanne S. Faulkner___
                                            Joanne S. Faulkner