2/27/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TELEPHONIC STATUS CONFERENCE Calendar

Honorable Janet C. Hall, U. S. D. J.
915 Lafayette Boulevard
Bridgeport

MARCH 8, 2004

11:30 a.m.

CASE NO.   3-03-cv-316 (JCH)   Chapman v. Experian Information Services, et al

Michelle M. Blum
Jones Day
3 Park Plaza, Suite 1100
Irvine, CA 92614

STATUS CONFERENCE HELD
Date: 3/8/04

Joanne S. Faulkner
Law Offices of Joanne Faulkner
123 Avon St.
New Haven, CT 06511-2422

Thomas E. Stagg
Andrew Kazin
Simmons, Jannace & Stagg
90 Merrick Ave., Suite 102
East Meadow, NY 11554

Joseph V. Meaney Jr.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Ave.
Hartford, CT 06114-1102

Albert J. Rota
Sevan Ogulluk
Jones, Day
222 East 41st St.
New York, NY 10017

John C. Wirzbicki
Brown, Jacobson, Tillinghast, Lahan & Ki
22 Courthouse Sq.
P.O. Box 391
Norwich, CT 06360-0391

                                                BY ORDER OF THE COURT
                                                KEVIN F. ROWE, CLERK

    Counsel are requested to participate in this conference via telephone. This conference
        call is to be arranged between counsel. Once all parties are on the line,
                please telephone chambers at (203) 579-5554.