91

UNITED STATES DISTRICT COURT  **FILED**
DISTRICT OF CONNECTICUT

2004 MAR 15 P 1: 10

JOHN J. CHAPMAN

U.S. DISTRICT COURT
BRIDGEPORT, CONN

v.   CASE NO. 3:03CV 316 (JCH)

EXPERIAN INFORMATION SERVICES, INC.
CHASE MANHATTAN BANK USA, N.A.   March 2, 2004

MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c) and 30(d)(4), Plaintiff moves for a protective order terminating or limiting the deposition of plaintiff on the basis that Chase conducted the deposition in bad faith, in such manner as unreasonably to annoy or oppress the deponent; and both Chase and Experian expressly waived any further deposition questions. Chase persisted in asking legal questions rather than factual questions, asked argumentatively, asked repetitiously, asked deceptively, asked about matters indisputably not within the witness's knowledge, cut off the witness, persisted in smirking at the witness during questioning, and generally aimed at getting answers it wanted rather than gathering facts known to the witness not already revealed in the extensive written discovery (Chase has just served its Fourth Document demand). This case is largely based on the defendants' own undisputed documents, procedures, and testimony.

**FILED**
2004 MAR 22 P 5: 0
U.S. DISTRICT COURT
BRIDGEPORT, CONN

THE PLAINTIFF

BY _____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

Motion denied on the record on Mar. 8, 2004. S/ [Judge]  3/22/04

1