IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JOHN J. CHAPMAN

v.                                                    CASE NO. 3:03CV 316 (JCH)

EXPERIAN INFORMATION SOLUTIONS, INC.
CHASE MANHATTAN BANK USA, N.A.          April 7, 2004

PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
AGAINST CHASE MANHATTAN BANK

The plaintiff moves for partial summary judgment as to liability alone against defendant Chase Manhattan Bank USA, N.A. on the basis that it violated the Equal Credit Opportunity Act, 15 U.S.C. §1691(d) and the Fair Credit Reporting Act, 15 U.S.C. §1681m(a) by providing plaintiff with a false or misleading adverse action notice in connection with reducing his line of credit, and by not providing him any adverse action notice when it closed his account. Other claims against Chase involve disputed issues of fact for the jury, but there are no disputed facts as to the December 25, 2002, letter reducing plaintiff's line of credit or the circumstances surrounding the incidents of closing his account or reducing his credit line.

                                                THE PLAINTIFF

                                                BY_____/s/ Joanne S. Faulkner_____
                                                JOANNE S. FAULKNER ct04137
                                                123 Avon Street
                                                New Haven, CT 06511-2422
                                                (203) 772-0395
                                                  j.faulkner@snet.net

This is to certify that the foregoing was mailed on April 7, 2004, postage prepaid, to:

Thomas Stagg
Simmons, Jannace & Stagg
90 Merrick Ave # 102
East Meadow NY 11554

Michelle Blum
Jones Day
3 Park Plaza   #1100
Irvine CA 92614-5976

                                               ___/s/ Joanne S. Faulkner___
                                               Joanne S. Faulkner