UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CHAPMAN

v.   CASE NO. 3:03CV 316 (JCH)

EXPERIAN INFORMATION SERVICES, INC.
CHASE MANHATTAN BANK USA, N.A.

## **PLAINTIFF'S AFFIDAVIT**

I am the plaintiff in this action. I make this affidavit on my personal knowledge in support of my motion for summary judgment. I am over the age of eighteen and believe in the obligation of an oath.

1. I am a lifelong resident of Connecticut. I have lived at my current Gales Ferry address for over ten years.

2. In October 2000, I opened a credit card account with Chase.

3. As with all my credit obligations, I routinely paid the Chase account on time and kept it in good standing.

4. On October 9, 2002, despite the fact that my credit card was current, paid up to date, and in good standing, Chase closed the account. I did not know about the account being closed at the time. I base the date of the closing on the Chase records of my account produced in this case which I have seen.

4. I did not get written notice that my credit card account had been closed.

5. I found out that the account had been closed when I tried to use the Chase card at a check out counter in late November, 2002, and the clerk told me the charge had been refused.

6.      I contacted Chase on November 25, 2002, and it reopened my credit card account the same day, after explaining it had someone else's bankruptcy listed on it. See attached letter dated November 25, 2002.

7.      Over a month later, I got a letter dated December 25, 2002, in which Chase told me it had reduced the credit limit on my account from $5,900 to $3,000. The letter is attached.

8.      The letter of December 25, 2002, was false when it said that one of the reasons for closing my account was "The consumer credit report we received shows a recent garnishment, foreclosure, lien, repossession, judgment, and/or bankruptcy." I have never had a garnishment, foreclosure, lien, repossession, judgment, and/or bankruptcy.

9.      The letter of December 25, 2002, was false when it said it was based on a consumer credit report from Experian. I have received my Experian reports and they show no access to my credit report by Chase during 2002. I understand Experian is required by law to disclose to me all inquiries on my account.

10.     The letter of December 25, 2002, was false when it said "The consumer credit report we received shows a recent delinquency." Based on the Experian records I have seen during discovery in this matter, my file had included a delinquency on an Associates National Bank account belonging to an Oregon man, John Solberg, which Experian had removed on October 16, 2002.  Chase did not get my Experian file in any event.

11.     On January 2, 2003, I called Chase to complain.

12.     Chase restored my credit limit on January 3, 2003.

13.     By attached letter dated January 14, 2003, Chase confirmed that my account "remains in good standing" and "is in a current status."

13.     I have seen Chase's records of my credit card account (Chase Bates 3-4; not appended for privacy reasons). They include the following: One John Solberg, residing in Oregon, filed a Chapter 7 Bankruptcy Petition in Oregon on September 30, 2002. Chase electronically received notice of Mr. Solberg's bankruptcy. On October 3, 2002, Mr. Solberg's full name, full Oregon address, the Eugene, Oregon location of the bankruptcy court, bankruptcy docket and chapter number, filing date, name and phone number of debtor's Oregon attorney all appeared automatically on my credit card account record. On October 9, 2002, a Chase operator pulled up my account record, coded it as bankrupt based on the Solberg/ Oregon entries, and closed my account. On Monday, November 25, 2002, my account record was appropriately annotated, "CH (cardholder) did not file." On Nov. 27, "RMV BKCY (Remove bankruptcy) due to coded in error" was entered on my account record.

I certify, pursuant to 28 U.S.C. §1746, and under penalty of perjury that the foregoing is true and correct. Executed on  April  3   2004.

                                                      _____/s/ John C. Chapman___
                                                      John C. Chapman

The Chase Manhattan Bank
Recovery Department
P.O. Box 659798
San Antonio, TX 78265



November 25, 2002

John J. Chapman
26 Bluff Rd.
West Gales Ferry, CT 06335

Re: Account(s) # 5491-▆▆▆▆▆▆▆▆▆5
SS # 041-▆▆-▆▆▆▆

Dear Mr. Chapman:

This letter is to inform you that we have notified the credit bureaus to delete the bankruptcy from your credit profile reference this account, effective 11/28/02.

We apologize for any inconvenience this discrepancy may have caused you.

If you have any questions, please contact a Chase Representative Monday through Friday, at 1-800-327-2282, extension 67285, between the hours of 8:00 AM and 5:00 PM, Central Time.

Very truly yours,

Vicki Arguello
Bankruptcy Supervisor
Recovery Department

VA: dv

0000056

Chase Manhattan Bank USA, N.A.
P.O. Box 15011
Wilmington, DE 19850-5011


CHASE

JOHN J CHAPMAN                0000781
26 BLUFF RD
GALES FERRY CT 06335-1403

December 25, 2002                           Account # 5491██████████

Dear John J Chapman:

Please note this letter is in regards to your Chase credit card account referenced above.

As a result of information obtained on your credit report, effective December 25, 2002 the line of credit on your Chase credit card account will change to $3,000 for the following reason(s):

- The consumer credit report we received shows a recent delinquency.

- The consumer credit report we received shows a recent garnishment, foreclosure, lien, repossession, judgment, and/or bankruptcy.

However, if changes are made to your credit status in the future, we welcome the opportunity to review your account within six months for a credit line increase.

Our decision was based in whole or in part on the information obtained from the consumer reporting agency listed below. The consumer reporting agency did not make the decision to take the adverse action indicated and is unable to provide you with the specific reason(s) why we have denied credit to you on the terms you requested. The consumer reporting agency is as follows:

EXPERIAN, INC.
P.O. BOX 2002
ALLEN, TX 75013-0036
(888)397-3742

Under the federal Fair Credit Reporting Act, you have the right to obtain a free copy of your consumer report from the consumer reporting agency listed in this letter, if you make your request in writing within sixty (60) days from the date listed above. You have a right to dispute with the consumer reporting agency the accuracy or completeness of any information in a consumer report furnished by the agency. Please read the information provided on the back of this letter regarding your rights as a credit applicant.

0000057

See reverse side for important information
Cid01 021225 0000781

Please continue to make payments on your account. This is especially important in order to avoid interruption in service from any retailers that automatically bill your Chase credit card on an ongoing basis, such as an internet service or health service provider.

In the meantime, if you should have any questions concerning this matter, you may contact a Chase Representative Monday through Saturday, at (302) 758-3836, between the hours of 9:00 AM and 5:00 PM, Eastern Time.

We apologize for any inconvenience this may cause you.

Regards,

*[signature]*

Paul Arena
Chase Manhattan Bank USA, N.A.

### EQUAL CREDIT OPPORTUNITY ACT NOTICE

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Office of the Comptroller of the Currency, Customer Assistance Unit, 1301 McKinney Avenue, Suite 3710, Houston, Tx, 77010.

0000058



**THE RIGHT RELATIONSHIP IS EVERYTHING.**

Daniel Magallan, AVP
Bankruptcy Operations

Chase BankCard Services, Inc.
3700 Wiseman Blvd., Floor 3
San Antonio, TX 78251
(210) 586-7010

January 14, 2003

Mr. John J. Chapman
26 Bluff Rd.
Gales Ferry, CT 06335-1405

Re: 5491-█████████

Mr. Chapman,

This letter serves as confirmation of our coding your credit card account as bankrupt in error and our subsequent correction. On October 9, 2002 we received notice that a chapter 7 bankruptcy petition was filed in the U.S. Bankruptcy Court for the District of Oregon with a social security number that matched the one listed on your account.

On November 25, 2002, after receiving a telephone call from you, we verified that the social security number listed on your account was incorrect and did not belong to you. Your account was updated that same day with your correct social security number and the bankruptcy coding on your account was removed. A request was also sent to the credit bureaus to have any bankruptcy information deleted from your account with Chase. A copy of the letter informing you of our actions at that time is attached.

Please accept our apologies for any inconvenience this may have caused you. Your account remains in good standing with our firm and is in a current status. Please feel free to contact us at the above mentioned address and telephone number should you require further assistance in this matter.

Thank you,


Daniel Magallan, AVP
Bankruptcy Operations


Attachment


Account is owned by Chase Manhattan Bank, USA, N.A. and certain services may be provided by its affiliates.

0000012

      This is to certify that the foregoing was mailed on April 7, 2004, postage prepaid, to:

Thomas Stagg
Simmons, Jannace & Stagg
90 Merrick Ave # 102
East Meadow NY 11554

Michelle Blum
Jones Day
3 Park Plaza   #1100
Irvine CA 92614-5976

                                      _____/s/ Joanne S. Faulkner__
                                      Joanne S. Faulkner