ORIGINAL

FILED

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JOHN J. CHAPMAN,

2004 APR 15 A 11: 36

Plaintiff,

Case No. 3:03 CV 0316 JCH
BRIDGEPORT, CONN

- against -

EXPERIAN INFORMATION SERVICES, INC.
CHASE MANHATTAN BANK USA, N.A.,

Defendants.

### CHASE'S MOTION TO COMPEL PRODUCTION OF DISCOVERY AND A DAMAGES ANALYSIS AND EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES

Pursuant to Federal Rules of Civil Procedure 37(a)(2)(a) and 26(c) and Local Rules 37(a) and 7(b)(3), defendant Chase Manhattan Bank, USA, N.A. ("Chase") moves for an order: (1) compelling plaintiff to provide documents responsive to Chase's notices to produce; (2) compelling plaintiff to provide an authorization enabling Chase to obtain plaintiff's medical records from Dr. Gary Bergman; (3) compelling plaintiff to provide a damages analysis pursuant to Section V(9) of the "So Ordered" Report of Planning Meeting; (4) extending the discovery deadline to July 1, 2004 and the dispositive motion deadline to August 1, 2004; and (5) granting Chase such other and further relief as the Court deems just and proper. An affidavit of good faith and memorandum of law is submitted herewith.

Dated:  East Meadow, New York
        April 12, 2004

SIMMONS, JANNACE & STAGG, L.L.P.

By: _____
    Thomas E. Stagg (ct 23429)
    Attorneys for Defendant
    Chase Manhattan Bank USA, N.A.
    **Office & P.O. Address:**
    The Financial Center
    90 Merrick Avenue, Suite 102
    East Meadow, New York 11554
    (516) 357-8100

### ORAL ARGUMENT IS NOT REQUESTED

## CERTIFICATE OF SERVICE

JOHN J. CHAPMAN
v.
EXPERIAN INFORMATION SERVICES, INC., et al.

U.S.D.C., District of Connecticut
Case No. 3:03 CV 316 (JCH)

This is to certify that a copy of the foregoing CHASE'S MOTION TO COMPEL PRODUCTION OF DISCOVERY AND A DAMAGES ANALYSIS AND EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES was mailed, first class mail, postage prepaid, on this 12th day of April, 2004, to:

Joanne S. Faulkner, Esq.
Attorney(s) for Plaintiff
**Office & P.O. Address:**
123 Avon Street
New Haven, Connecticut 06511
(203) 772-0395

Albert J. Rota, Esq.
Jones Day
Attorney(s) for Defendant
Experian Information Services, Inc.
**Office & P.O. Address:**
222 E. 41st Street
New York, New York 10017
(212) 326-3939

BY: _____
THOMAS E. STAGG (ct 23429)
Simmons, Jannace & Stagg, L.L.P.

cert service53