ORIGINAL

FILED

2004 APR 15  A 11: 36

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

JOHN J. CHAPMAN,

          Plaintiff,

    - against -

EXPERIAN INFORMATION SERVICES, INC.
CHASE MANHATTAN BANK USA, N.A.,

          Defendants.

---

Case No. 303 CV 316 (JCH)

## AFFIDAVIT OF GOOD FAITH PURSUANT TO FRCP 27(a)(2) AND LOCAL RULE 37(a)

1. I am associated with the firm of Simmons, Jannace & Stagg, L.L.P., attorneys for defendant Chase Manhattan Bank USA, N.A. ("Chase").

2. I submit this affidavit pursuant to FRCP 37(a)(2) and Local Rule 37(a) in support of Chase's motion to compel plaintiff to comply with Chase's outstanding discovery demands. I certify that Chase has in good faith conferred with plaintiff to resolve discovery disputes in the following ways:

3. During the weeks of March 22nd and March 29th, 2004 I left voicemails with plaintiff's counsel requesting that she contact me with respect to outstanding discovery issues.

4. On April 1, 2004, I sent plaintiff's counsel an e-mail requesting that she contact me to discuss outstanding discovery issues.

5. On April 1, 2004, I requested by letter that plaintiff supplement his discovery responses.

6. On April 2, 2004, I left a voicemail with plaintiff's counsel requesting that she contact me to discuss outstanding discovery issues.

**ORAL ARGUMENT IS NOT REQUESTED**

7. Plaintiff has ignored my requests to discuss outstanding discovery issues.

Dated: East Meadow, New York
       April 9, 2004

>                                    SIMMONS, JANNACE & STAGG, L.L.P.
>
> By:    *[signature]*
>        _____
>        Andrew Kazin (ct 24833)
>        Attorneys for Defendant
>        Chase Manhattan Bank, USA, N.A.
>        **Office & P.O. Address:**
>        The Financial Center
>        90 Merrick Avenue, Suite 102
>        East Meadow, New York 11554
>        (516) 357-8100

Aff Good Faith-Compel

2

**ORAL ARGUMENT IS NOT REQUESTED**

## CERTIFICATE OF SERVICE

JOHN J. CHAPMAN
v.
EXPERIAN INFORMATION SERVICES, INC., et al.

U.S.D.C., District of Connecticut
Case No. 3:03 CV 316 (JCH)

This is to certify that a copy of the foregoing AFFIDAVIT OF GOOD FAITH PURSUANT TO FRCP 27(a)(2) AND LOCAL RULE 37(a) was mailed, first class mail, postage prepaid, on this 12th day of April, 2004, to:

Joanne S. Faulkner, Esq.
Attorney(s) for Plaintiff
**Office & P.O. Address:**
123 Avon Street
New Haven, Connecticut 06511
(203) 772-0395

Albert J. Rota, Esq.
Jones Day
Attorney(s) for Defendant
Experian Information Services, Inc.
**Office & P.O. Address:**
222 E. 41st Street
New York, New York 10017
(212) 326-3939

BY: _____
ANDREW KAZIN (ct 24833)
Simmons, Jannace & Stagg, L.L.P.

cert service52