ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

JOHN J. CHAPMAN,

        Plaintiff,

- against -

EXPERIAN INFORMATION SERVICES, INC.
CHASE MANHATTAN BANK USA, N.A.,

        Defendants.

---

Case No. 303 CV 316 JCH

U.S. DISTRICT COURT
BRIDGEPORT, CONN
APR 29 A 11: 23
FILED

## CHASE'S CROSS-MOTION FOR SUMMARY JUDGMENT DISMISSING THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 56(b) and Local Rule 56(a), defendant Chase Manhattan Bank, USA, N.A. ("Chase") moves for an order: (1) dismissing plaintiff's complaint; (2) denying plaintiff's motion for partial summary judgment against Chase; and (3) granting Chase such other and further relief as the Court deems just and proper. A memorandum of law and Local Rule 56(a)(1) and (a)(2) Statements are submitted herewith.

Dated: East Meadow, New York
       April 28, 2004

                              SIMMONS, JANNACE & STAGG, L.L.P.

                              By: _____
                              Thomas E. Stagg (ct 23429)
                              Attorneys for Defendant
                              Chase Manhattan Bank USA, N.A.
                              **Office & P.O. Address:**
                              The Financial Center
                              90 Merrick Avenue, Suite 102
                              East Meadow, New York 11554
                              (516) 357-8100

NOXM sj

**ORAL ARGUMENT IS NOT REQUESTED**

## CERTIFICATE OF SERVICE

JOHN J. CHAPMAN
v.
EXPERIAN INFORMATION SERVICES, INC., et al.

U.S.D.C., District of Connecticut
Case No. 3:03 CV 316 (JCH)

This is to certify that a copy of the foregoing CHASE'S CROSS-MOTION FOR SUMMARY JUDGMENT DISMISSING THE COMPLAINT was mailed, via DHL Express, for delivery on Thursday, April 29, 2004 by 12:00 p.m., prior to the latest time designated by that service for such delivery, on this 28th day of April, 2004, to:

| | |
|---|---|
| Joanne S. Faulkner, Esq.<br>Attorney(s) for Plaintiff<br>**Office & P.O. Address:**<br>123 Avon Street<br>New Haven, Connecticut 06511<br>(203) 772-0395 | Albert Rota, Esq.<br>Jones Day<br>Attorney(s) for Defendant<br>Experian Information Services, Inc.<br>**Office & P.O. Address:**<br>222 East 41st Street<br>New York, New York 10017<br>(212) 326-3977 |

BY: _____
THOMAS E. STAGG (ct 23429)
Simmons, Jannace & Stagg, L.L.P.

cert service55 overnite