UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CHAPMAN,

    Plaintiff,

- against -          Case No. 03 CV 316 JCH

EXPERIAN INFORMATION SERVICES, INC.
CHASE MANHATTAN BANK USA, N.A.,

    Defendants.

### CHASE'S LOCAL RULE 56(A)(1) STATEMENT

Following are the material facts as to which there is no genuine issue to be tried:

1. Plaintiff opened a credit card account with Chase in 2000. (Plaintiff's Response to Interrogatories, ¶ 2.)

2. Although plaintiff's social security number began with "041," the social security number ascribed to his account was one digit different ("541"). The 541 social security number belonged to John Solberg. (Chase's Response to Plaintiff's First Set of Interrogatories, Response 8, lines 34-9.)

3. In October 2002, Chase received notice that Solberg filed bankruptcy. (Arena Dep., pp. 13, 76-9.)

4. On or about October 9, 2002, Chase incorrectly coded both plaintiff's and Solberg's accounts bankrupt and closed them. (Chase's Amended Second Supplemental Response to Plaintiff's First Set of Interrogatories, Response 8, lines 40-43.)

5. On November 25, 2002, plaintiff called Chase to and advised he had not filed bankruptcy. (Chase's Response to Plaintiff's First Set of Interrogatories, Response 1.)

6. That same day, Chase removed the bankruptcy coding from plaintiff's account and reopened his account. (Id.)

7. On December 25, 2002, Chase reduced plaintiff's credit line from $5,900 to $3,000. (Arena Dep., pp. 25-26.) This reduction was based upon information provided by Experian, which Experian incorrectly attributed to plaintiff because it had combined plaintiff's credit file with John Solberg's. (Id. at 13, Hughes dep. pp. 21-22, 43-45.)

8. Experian did not communicate to Chase any dispute that plaintiff had with respect to the Chase credit card account (Chapman Dep., p. 10-11.)

Dated:   East Meadow, New York
         April 28, 2004

                                        Simmons, Jannace & Stagg, L.L.P.

                                        BY: _____
                                            Thomas E. Stagg
                                            (Juris No. Ct 23429)
                                            Attorneys for Defendant
                                            Chase Manhattan Bank, USA, N.A.
                                            **Office & P.O. Address:**
                                            90 Merrick Avenue, Suite 102
                                            East Meadow, New York 11554
                                            (516) 357-8100

## CERTIFICATE OF SERVICE

JOHN J. CHAPMAN
v.
EXPERIAN INFORMATION SERVICES, INC., et al.

U.S.D.C., District of Connecticut
Case No. 3:03 CV 316 (JCH)

This is to certify that a copy of the foregoing CHASE'S LOCAL RULE 56(a)(1) STATEMENT was mailed, via DHL Express, for delivery on Thursday, April 29, 2004 by 12:00 p.m., prior to the latest time designated by that service for such delivery, on this 28th day of April, 2004, to:

Joanne S. Faulkner, Esq.
Attorney(s) for Plaintiff
**Office & P.O. Address:**
123 Avon Street
New Haven, Connecticut 06511
(203) 772-0395

Albert Rota, Esq.
Jones Day
Attorney(s) for Defendant
Experian Information Services, Inc.
**Office & P.O. Address:**
222 East 41st Street
New York, New York 10017
(212) 326-3977

BY: _____
THOMAS E. STAGG (ct 23429)
Simmons, Jannace & Stagg, L.L.P.

cert service56 overnite