ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

JOHN J. CHAPMAN,

    Plaintiff,

- against -

EXPERIAN INFORMATION SERVICES, INC.
CHASE MANHATTAN BANK USA, N.A.,

    Defendants.

2004 APR 29  A 11: 23

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Case No. 03 CV 316 JCH

### DEFENDANT CHASE'S LOCAL RULE 56(a)(2) STATEMENT

The following are defendant Chase Manhattan Bank USA, N.A.'s ("Chase") responses to the list of material facts set forth in plaintiff's Local Rule 56(a)(1) Statement:

1. Admits.

2. Admits.

3. Admits.

4. Admits.

5. Denies, but admits that Chase has a form letter notifying customers when an account is closed due to bankruptcy notification.

6. Denies, but admits that plaintiff testified that he attempted to use his Chase credit card without success at a checkout counter in November 2002.

7. Admits.

8. Denies, but admits that Chase sent plaintiff a letter dated December 25, 2002 advising plaintiff that the credit line on his account was reduced from $5,900 to $3,000. (Chase Bates doc. 0000057-58.)

9. Denies because the letter advising plaintiff that his credit limit was reduced from $5,900 to $3,000 was based upon information that Chase received from Experian and which Experian inaccurately attributed to plaintiff. (Arena Dep., pp. 25-6.)

10. Denies, because the December 25, 2002 letter correctly identified Experian as the source of the credit bureau information. (Arena dep., p. 13) Moreover, Kimberly Hughes did not testify that Chase did not get information from plaintiff's credit report. Instead, she testified that "Experian did not provide any information whatsoever to Chase regarding John Chapman in the calendar year 2002." (Hughes Dep., p. 42.)

11. Admits.

12. Admits.

13. Admits.

14. Denies, but admits that on October 3, 2002, Chase received notification of Solberg's bankruptcy and coded Chapman's account bankrupt on October 9, 2002. Chase also admits that on November 25, 2002 "CH did not file" was entered on plaintiff's account record. Chase also admits that on November 27, 2002, "RMV BKCY due to coded in error" was entered on

plaintiff's account record.

Dated:   East Meadow, New York
         April 28, 2004

                                    Simmons, Jannace & Stagg, L.L.P.

                                    BY: _____
                                        Thomas E. Stagg
                                        (Juris No. Ct 23429)
                                        Attorneys for Defendant
                                        Chase Manhattan Bank, USA, N.A.
                                        **Office & P.O. Address**
                                        90 Merrick Avenue, Suite 102
                                        East Meadow, New York 11554
                                        (516) 357-8100

## CERTIFICATE OF SERVICE

JOHN J. CHAPMAN
v.
EXPERIAN INFORMATION SERVICES, INC., et al.

U.S.D.C., District of Connecticut
Case No. 3:03 CV 316 (JCH)

This is to certify that a copy of the foregoing CHASE'S LOCAL RULE 56(a)(2) STATEMENT was mailed, via DHL Express, for delivery on Thursday, April 29, 2004 by 12:00 p.m., prior to the latest time designated by that service for such delivery, on this 28th day of April, 2004, to:

Joanne S. Faulkner, Esq.
Attorney(s) for Plaintiff
**Office & P.O. Address:**
123 Avon Street
New Haven, Connecticut 06511
(203) 772-0395

Albert Rota, Esq.
Jones Day
Attorney(s) for Defendant
Experian Information Services, Inc.
**Office & P.O. Address:**
222 East 41st Street
New York, New York 10017
(212) 326-3977

BY: _____
THOMAS E. STAGG (ct 23429)
Simmons, Jannace & Stagg, L.L.P.

cert service57 overnite