UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHAPMAN

V.                                    Case Number: 3:03cv316JCH

EXPERIAN INFORMATION
SOLUTIONS, et al

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on 5/5/04 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on June 4, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, May 11, 2004.

KEVIN F. ROWE, CLERK

By: _____
    Catherine Boroskey
    Deputy Clerk