UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CHAPMAN                                    JURY TRIAL DEMANDED

v.                                                 CASE NO. 3:03CV 316 (JCH)

EXPERIAN INFORMATION SOLUTIONS, INC.
CHASE MANHATTAN BANK USA, N.A.

STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1), plaintiff and defendants hereby agree and stipulate that the within action may be dismissed with prejudice, without costs or fees to any party.

THE PLAINTIFF                                      THE DEFENDANT EXPERIAN

By _____                      By _____
Joanne S. Faulkner ct04137                         Michelle M. Blum
123 Avon Street                                    Jones Day
New Haven CT 06511                                 3 Park Plaza, Suite 1100
(203) 772-0395                                     Irvine, California 92614
                                                   (949) 851-3939

THE DEFENDANT CHASE

By _____
Thomas E. Stagg (ct 23429)
Simmons, Jannace & Stagg, L.L.P.
The Financial Center
90 Merrick Avenue, Suite 102
East Meadow, New York 11554
Tel: (516) 357-8100

Stip Dismiss